**United States Bankruptcy Court**
**District of Minnesota**

In re    Jacobsen, Leonard J. & Jacobsen, Patricia A.    Case No. _____
                            Debtor                       Chapter    7

**STATEMENT UNDER PENALTY OF PERJURY RE:**
**PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)**

[X] Debtor has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] Debtor has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [ ] Debtor was not employed during the 60 days preceding the filing of the petition;

  [ ] Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

  [ ] Debtor was self-employed during the 60 days preceding the filing of the petition;

  [ ] Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: _[signed]_

Date: 6-28-13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

[ ] Joint Debtor has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[X] Joint Debtor has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [X] Joint Debtor was not employed during the 60 days preceding the filing of the petition;

  [ ] Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

  [ ] Joint Debtor was self-employed during the 60 days preceding the filing of the petition;

  [ ] Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor:

*[signature]*

Date: 6-28-13

## EARNINGS STATEMENT (US)



HOME DEPOT U.S.A., INC.  
STORE SUPPORT CENTER  
2455 PACES FERRY ROAD  
ATLANTA, GA 30339

PAY PERIOD BEGIN: 04/22/2013  
PAY PERIOD END: 05/05/2013  
ADVICE DATE: 05/10/2013  
ADVICE NUMBER: 029730751

ASSOCIATE NAME: LEONARD JACOBSEN     ASSOCIATE ID: 115501421     PIN: 9235

| | TAX STATUS | NUMBER EXEMPT | ADD'L W/H |
|---|---|---|---|
| FICA-MED | | 0 | .00 |
| U.S. FICA | | 0 | .00 |
| FED INC TX | S | 0 | .00 |
| MINNESOTA | S | 0 | .00 |

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 10.30 | 51.50 | 530.45 | 7248.56 |
| VACATION | 10.30 | 17.00 | 175.10 | 175.10 |
| SICK | 10.30 | 12.00 | 123.60 | 203.60 |
| TOBFREE CR | .00 | .00 | 20.00 | 200.00 |
| HLTHASMTCR | .00 | .00 | 50.00 | 453.57 |
| RX | .00 | .00 | -32.25 | -320.36 |
| MEDICAL FT | .00 | .00 | -273.50 | -2721.07 |
| VISION FT | .00 | .00 | -12.14 | -119.51 |
| DENTAL FT | .00 | .00 | -31.82 | -316.77 |
| THD PRIZE | .00 | .00 | .00 | 250.00 |
| S SHARING | .00 | .00 | .00 | 58.97 |
| OVERTIME | .00 | .00 | .00 | 37.61 |
| OT ADJ INC | .00 | .00 | .00 | .31 |
| HOLIDAY | .00 | .00 | .00 | 160.00 |
| HOMER AWD | .00 | .00 | .00 | 50.00 |
| GROSS PAY: | | | 549.44 | 5360.01 |

### DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| HOMER FUND | 1.00 | 10.00 |
| VOL LIFE | 6.72 | 67.20 |
| STD | 8.20 | 81.70 |
| LTD | 8.51 | 85.10 |
| VOL DL SP | 7.71 | 77.10 |
| CHECKING | 397.71 | 3839.80 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|

1

**EARNINGS STATEMENT (US)**

| TAXES | | |
|---|---:|---:|
| FICA-MED | 7.97 | 77.72 |
| U.S. FICA | 34.06 | 332.32 |
| FED INC TX | 52.56 | 542.07 |
| MINNESOTA | 25.00 | 247.00 |
| | | |
| NET PAY: | .00 | .00 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|---|---|---|---|
| | | | |
| ******1058 | 0910 | 01157 | 397.71 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |

2

# EARNINGS STATEMENT (US)



HOME DEPOT U.S.A., INC.  
STORE SUPPORT CENTER  
2455 PACES FERRY ROAD  
ATLANTA, GA 30339

PAY PERIOD BEGIN: 05/06/2013  
PAY PERIOD END: 05/19/2013  
ADVICE DATE: 05/24/2013  
ADVICE NUMBER: 030000414

ASSOCIATE NAME: LEONARD JACOBSEN   ASSOCIATE ID: 115501421   PIN: 9235

| | TAX STATUS | NUMBER EXEMPT | ADD'L W/H |
|---|---|---|---|
| FICA-MED | | 0 | .00 |
| U.S. FICA | | 0 | .00 |
| FED INC TX | S | 0 | .00 |
| MINNESOTA | S | 0 | .00 |

| EARNINGS | | | | |
|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | 10.30 | 79.25 | 816.28 | 8064.84 |
| OVERTIME | 15.45 | .25 | 3.86 | 41.47 |
| TOBFREE CR | .00 | .00 | 20.00 | 220.00 |
| HLTHASMTCR | .00 | .00 | 50.00 | 503.57 |
| RX | .00 | .00 | -32.25 | -352.61 |
| MEDICAL FT | .00 | .00 | -273.50 | -2994.57 |
| VISION FT | .00 | .00 | -12.14 | -131.65 |
| DENTAL FT | .00 | .00 | -31.82 | -348.59 |
| THD PRIZE | .00 | .00 | .00 | 250.00 |
| S SHARING | .00 | .00 | .00 | 58.97 |
| OT ADJ INC | .00 | .00 | .00 | .31 |
| HOLIDAY | .00 | .00 | .00 | 160.00 |
| VACATION | .00 | .00 | .00 | 175.10 |
| SICK | .00 | .00 | .00 | 203.60 |
| HOMER AWD | .00 | .00 | .00 | 50.00 |
| GROSS PAY: | | | 540.43 | 5900.44 |

| DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| HOMER FUND | 1.00 | 11.00 |
| VOL LIFE | 6.72 | 73.92 |
| STD | 8.20 | 89.90 |
| LTD | 8.51 | 93.61 |
| VOL DL SP | 7.71 | 84.81 |
| CHECKING | 391.73 | 4231.53 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |

1

**EARNINGS STATEMENT (US)**

| TAXES | | |
|---|---|---|
| FICA-MED | 7.84 | 85.56 |
| U.S. FICA | 33.51 | 365.83 |
| FED INC TX | 51.21 | 593.28 |
| MINNESOTA | 24.00 | 271.00 |
| | | |
| NET PAY: | .00 | .00 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|---|---|---|---|
| | | | |
| ******1058 | 0910 | 01157 | 391.73 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |

2

## EARNINGS STATEMENT (US)



| HOME DEPOT U.S.A., INC. | PAY PERIOD BEGIN: | 05/20/2013 |
| --- | --- | --- |
| STORE SUPPORT CENTER | PAY PERIOD END: | 06/02/2013 |
| 2455 PACES FERRY ROAD | ADVICE DATE: | 06/07/2013 |
| ATLANTA, GA 30339 | ADVICE NUMBER: | 030267835 |

ASSOCIATE NAME: LEONARD JACOBSEN        ASSOCIATE ID: 115501421        PIN: 9235

| | TAX STATUS | NUMBER EXEMPT | ADD'L W/H |
| --- | --- | --- | --- |
| FICA-MED | | 0 | .00 |
| U.S. FICA | | 0 | .00 |
| FED INC TX | S | 0 | .00 |
| MINNESOTA | S | 0 | .00 |

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| --- | --- | --- | --- | --- |
| REGULAR | 10.30 | 80.00 | 824.00 | 8888.84 |
| OVERTIME | 15.45 | 1.25 | 19.32 | 60.79 |
| HOLIDAY | 10.30 | 8.00 | 82.40 | 242.40 |
| TOBFREE CR | .00 | .00 | 20.00 | 240.00 |
| HLTHASMTCR | .00 | .00 | 50.00 | 553.57 |
| RX | .00 | .00 | -32.25 | -384.86 |
| MEDICAL FT | .00 | .00 | -273.50 | -3268.07 |
| VISION FT | .00 | .00 | -12.14 | -143.79 |
| DENTAL FT | .00 | .00 | -31.82 | -380.41 |
| THD PRIZE | .00 | .00 | .00 | 250.00 |
| S SHARING | .00 | .00 | .00 | 58.97 |
| OT ADJ INC | .00 | .00 | .00 | .31 |
| VACATION | .00 | .00 | .00 | 175.10 |
| SICK | .00 | .00 | .00 | 203.60 |
| HOMER AWD | .00 | .00 | .00 | 50.00 |
| GROSS PAY: | | | 646.01 | 6546.45 |

### DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| --- | --- | --- |
| HOMER FUND | 1.00 | 12.00 |
| VOL LIFE | 6.72 | 80.64 |
| STD | 8.20 | 98.10 |
| LTD | 8.51 | 102.12 |
| VOL DL SP | 7.71 | 92.52 |
| CHECKING | 467.41 | 4698.94 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| --- | --- | --- |

1

**EARNINGS STATEMENT (US)**

| TAXES | | |
|---|---:|---:|
| FICA-MED | 9.36 | 94.92 |
| U.S. FICA | 40.05 | 405.88 |
| FED INC TX | 67.05 | 660.33 |
| MINNESOTA | 30.00 | 301.00 |
| | | |
| NET PAY: | .00 | .00 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|---|---|---|---|
| | | | |
| ******1058 | 0910 | 01157 | 467.41 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |

## EARNINGS STATEMENT (US)



HOME DEPOT U.S.A., INC.
STORE SUPPORT CENTER
2455 PACES FERRY ROAD
ATLANTA, GA 30339

| | |
|---|---|
| PAY PERIOD BEGIN: | 06/03/2013 |
| PAY PERIOD END: | 06/16/2013 |
| ADVICE DATE: | 06/21/2013 |
| ADVICE NUMBER: | 030540050 |

ASSOCIATE NAME: LEONARD JACOBSEN       ASSOCIATE ID: 115501421       PIN: 9235

| | TAX STATUS | NUMBER EXEMPT | ADD'L W/H |
|---|---|---|---|
| FICA-MED | | 0 | .00 |
| U.S. FICA | | 0 | .00 |
| FED INC TX | S | 0 | .00 |
| MINNESOTA | S | 0 | .00 |

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 10.30 | 76.75 | 790.53 | 9679.37 |
| OVERTIME | 15.45 | .25 | 3.86 | 64.65 |
| TOBFREE CR | .00 | .00 | 20.00 | 260.00 |
| HLTHASMTCR | .00 | .00 | 50.00 | 603.57 |
| RX | .00 | .00 | -32.25 | -417.11 |
| MEDICAL FT | .00 | .00 | -273.50 | -3541.57 |
| VISION FT | .00 | .00 | -12.14 | -155.93 |
| DENTAL FT | .00 | .00 | -31.82 | -412.23 |
| THD PRIZE | .00 | .00 | .00 | 250.00 |
| S SHARING | .00 | .00 | .00 | 58.97 |
| OT ADJ INC | .00 | .00 | .00 | .31 |
| HOLIDAY | .00 | .00 | .00 | 242.40 |
| VACATION | .00 | .00 | .00 | 175.10 |
| SICK | .00 | .00 | .00 | 203.60 |
| HOMER AWD | .00 | .00 | .00 | 50.00 |
| GROSS PAY: | | | 514.68 | 7061.13 |

### DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| HOMER FUND | 1.00 | 13.00 |
| VOL LIFE | 6.72 | 87.36 |
| STD | 8.20 | 106.30 |
| LTD | 8.51 | 110.63 |
| VOL DL SP | 7.71 | 100.23 |
| CHECKING | 372.81 | 5071.75 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|

1

## EARNINGS STATEMENT (US)

| TAXES | | |
|---|---:|---:|
| FICA-MED | 7.47 | 102.39 |
| U.S. FICA | 31.91 | 437.79 |
| FED INC TX | 47.35 | 707.68 |
| MINNESOTA | 23.00 | 324.00 |
| | | |
| NET PAY: | .00 | .00 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|:---:|:---:|:---:|:---:|
| | | | |
| | | | |
| ******1058 | 0910 | 01157 | 372.81 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|:---:|:---:|:---:|:---:|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |

2